# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BERNIE GOMES,  ) Case No. CV 14-1277-JLS (JPR)
)
       Petitioner, )
) **J U D G M E N T**
   vs. )
)
JOE A. LIZARRAGA, Warden, )
)
       Respondent. )
)
_____ )

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 3, 2014                _____
                                              JOSEPHINE L. STATON
                                              U.S. DISTRICT JUDGE